UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff**(s): **LHF Productions, Inc.**

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

**Defendant**(s): **John and Jane Doe 1-** 24

County of Residence: Maricopa

Plaintiff's Atty(s):

**Geoffrey Kercsmar (** LHF Productions, Inc. **)**
**Kercsmar & Feltus PLLC**
**7150 East Camelback Road, Suite 285**
**Scottsdale, Arizona  85251**
**4804211001**

**Gregory Collins (** LHF Productions, Inc. **)**
**Kercsmar & Feltus PLLC**
**7150 East Camelback Road, Suite 285**
**Scottsdale, Arizona  85251**
**4804211001**

Defendant's Atty(s):

II. Basis of Jurisdiction:          3. Federal Question (U.S. not a party)

III. Citizenship of Principal
Parties **(Diversity Cases Only)**
                Plaintiff:- **N/A**
                Defendant:- **N/A**

IV. Origin :              1. Original Proceeding

V. Nature of Suit:          820 Copyrights

VI. Cause of Action:        17 U.S.C. § 101 et seq.).

VII. Requested in Complaint
        Class Action: **No**

Dollar Demand:

Jury Demand: **Yes**

VIII. This case **is not related** to another case.

**Signature:** s/Gregory Collins

**Date:** 8/9/2016

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**